B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CDC Properties I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**76-0766443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**820 A Street #300**<br>**Tacoma, WA 98402**<br>ZIP CODE **98402-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **Real property located in Wenatchee, WA; Moses Lake, WA; Seattle, WA and Lacey, WA** ||

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Debts

| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CDC Properties I, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **CDC Properties I, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** */s/ Timothy W. Dore* Signature of Attorney for Debtor(s) **Timothy W. Dore, WSBA No. 17131** Printed Name of Attorney for Debtor(s) **Ryan Swanson & Cleveland, PLLC** Firm Name **1201 Third Avenue, #3400** **Seattle, WA 98101** Address **(206) 464-4224  Fax:(206) 621-7568** Telephone Number *February 10, 2011* Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** */s/ William Stegeman* Signature of Authorized Individual **William Stegeman** Printed Name of Authorized Individual **Member and manager of Prium Companies LLC which is the sole member of CDC Acquisition Company I, LLC which is the sole member of the debtor** Title of Authorized Individual *2/10/11* Date | |

In re  **CDC Properties I, LLC**  Case No.
Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Prium Kent Retail LLC**<br>**Western Washington** | **10-45715**<br>**Affiliate** | **7/14/10**<br>**The Honorable Paul B. Snyder** |
| **Prium Lakewood Buildings LLC**<br>**Western Washington** | **10-48621**<br>**Affiliate** | **10/19/10**<br>**The Honorable Paul B. Snyder** |
| **Prium Meeker Mall LLC**<br>**Western Washington** | **10-45713**<br>**Affiliate** | **7/14/10**<br>**The Honorable Paul B. Snyder** |

# CONSENT IN LIEU OF SPECIAL MEETING OF MEMBERS OF CDC PROPERTIES I, LLC

The undersigned, being all of the Members of CDC Properties I, LLC, a Delaware limited liability company (the "Company"), hereby authorize, consent to, and adopt the action described in the resolutions set forth below without the necessity of a meeting of the Company's Members and shall be effective and valid actions of the Members of the Company, the same as if a meeting had, in fact, been held:

RESOLVED that the Company shall seek relief under the United States bankruptcy laws and file a voluntary Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Western District of Washington at Tacoma; and be it further

RESOLVED that the Company authorizes William Stegeman, Thomas W. Price or Hyun J. Um to execute on its behalf any and all documents necessary to effectuate or related to the commencement and continuation of a Chapter 11 bankruptcy case; and be it further

RESOLVED that the Company is authorized to retain and employ the law firm of Ryan, Swanson & Cleveland, PLLC to provide legal counsel in connection with all aspects of the Company's Chapter 11 case.

By: CDC Acquisition Company I, LLC, Sole Member of CDC Properties I, LLC

By: Prium Companies, LLC, Sole Member of CDC Acquisition Company I, LLC

Dated: 2/10/11

Thomas W. Price
Its Member

Dated: 2/10/11

Hyun J. Um
Its Member

Dated: 2/10/11

William Stegeman
Its Member

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re  **CDC Properties I, LLC**
           Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Davis Construction**<br>**13997 Old Naches Hwy**<br>**Naches, WA 98937** | **Davis Construction**<br>**13997 Old Naches Hwy**<br>**Naches, WA 98937**<br>**509-653-2018** | **Trade debt** | **Unliquidated** | 100,000.00 |
| **Green Johnny**<br>**PO Box 48542**<br>**Spokane, WA 99208** | **Green Johnny**<br>**PO Box 48542**<br>**Spokane, WA 99208**<br>**509-496-3244** | **Trade debt** | | 23,202.13 |
| **New Dimensions**<br>**8504 Canyon Rd E**<br>**Puyallup, WA 98371** | **New Dimensions**<br>**8504 Canyon Rd E**<br>**Puyallup, WA 98371**<br>**253-536-4141** | **Trade debt** | | 13,339.63 |
| **North Country Sweeping**<br>**5593 Natures Shore Drive**<br>**Rock Island, WA 98850** | **North Country Sweeping**<br>**5593 Natures Shore Drive**<br>**Rock Island, WA 98850**<br>**509-886-3366** | **Trade debt** | | 3,702.40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re **CDC Properties I, LLC**          Case No. _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, William Stegeman, a member and the manager of Prium Companies LLC which is the sole member of CDC Acquisition Company I, LLC which is the sole member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **2/10/11**          Signature   */s/ William Stegeman*
                                             **William Stegeman**
                                             **Member and manager of Prium Companies LLC which is the sole member of CDC Acquisition Company I, LLC which is the sole member of the debtor**

       *Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  **CDC Properties I, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, William Stegeman, a member and the manager of Prium Companies LLC which is the sole member of CDC Acquisition Company I, LLC which is the sole member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  2/10/11

*/s/ William Stegeman*
**William Stegeman**
**Member and manager of Prium Companies LLC which is the sole member of CDC Acquisition Company I, LLC which is the sole member of the debtor**
Signer/Title

CDC ACQUISITION COMPANY I, LLC
820 A STREET #300
TACOMA, WA 98402


CENTRUM FINANCIAL
12505 BEL-RED ROAD #200
BELLEVUE, WA 98005


CHELAN COUNTY TREASURER
350 ORONDO AVE, SUITE 7
PO BOX 1441
WENATCHEE, WA 98807


DAVIS CONSTRUCTION
13997 OLD NACHES HWY
NACHES, WA 98937


DEPARTMENT OF REVENUE
PO BOX 47462
OLYMPIA, WA 98504-7462


DEPT OF CORRECTIONS
ACCOUNTS PAYABLE SECTION
PO BOX 41107
OLYMPIA, WA 98504-1107


DEPT OF LABOR & IND
THIRD FLOOR LEGAL
PO BOX 44170
OLYMPIA, WA 98504-4170


DEPT OF LICENSING
QUYNH DAO
PO BOX 9035
OLYMPIA, WA 98507-9035


DEPT OF LICENSING - SEATTLE
DEPARTMENT OF LICENSING
ATTN: DISBURSEMENTS
PO BOX 9035
OLYMPIA, WA 98507

DEPT OF LICENSING - SEATTLE
DEPT OF LICENSING
ATTN: ACCOUNTS PAYABLE
PO BOX 9035
OLYMPIA, WA 98507


DEPT OF REVENUE
ATTN: BANKRUPTCY/CLAIMS UNIT
2101 4TH AVENUE, #1400
SEATTLE, WA 98121-2300


DEPT OF SERVICES FOR THE BLIND
ATTN: PETER CAMPBELL
PO BOX 40933
OLYMPIA, WA 98504


DSHS - ADSA
DEPT OF SOCIAL & HEALTH SVCS
ADSA - ACCOUNTING
PO BOX 45600
OLYMPIA, WA 98504-5600


DSHS - DVR
ATTN: KARIN KNAPP
PO BOX 45340
OLYMPIA, WA 98504-5340


DSHS - MOSES LAKE
DSHS - CSD REGION 1
8517 E TRENT #103
SPOKANE VALLEY, WA 99212


DSHS - WENATCHEE
DSHS/CSD REGION 1 ADMIN B32-6
LEASE #SRL 8-0166
8517 E TRENT AVE #103
SPOKANE, WA 99212-2334


EMPLOYMENT SECURITY DEPT
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046

ESD - LACEY 0074
EMPLOYMENT SECURITY DEPARTMENT
ATTN:  FACILITIES UNIT
PO BOX 9046
OLYMPIA, WA 98507-9046


ESD - LACEY 0075
EMPLOYMENT SECURITY DEPARTMENT
ATTN:  FACILITIES UNIT
PO BOX 9046
OLYMPIA, WA 98507-9046


ESD - LACEY 0076
EMPLOYMENT SECURITY DEPARTMENT
ATTN:  FACILITIES UNIT
PO BOX 9046
OLYMPIA, WA 98507-9046


ESD - WENTACHEE
EMPLOYMENT SECURITY DEPARTMENT
ATTN:  VENDOR PAY
PO BOX 9046
OLYMPIA, WA 98507-9046


GAMBLING COMMISSION
PO BOX 42400
OLYMPIA, WA 98504-2400


GRANT COUNTY TREASURER
COURTHOUSE ANNEX, ROOM 204
35 C STREET NW
EPHRATA, WA 98823


GREEN JOHNNY
PO BOX 48542
SPOKANE, WA 99208


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


KING COUNTY TREASURY
ATTN:  LINDA NELSON
500 4TH AVE #600
SEATTLE, WA 98104

KOKOPELLI CAFE
PO BOX 146
EAST OLYMPIA, WA 98540


MIDLAND LOAN SERVICES, INC.
PO BOX 25965
SHAWNEE MISSION, KS 66225-5965


MIKE NEUSCHWANDER
PRUDENTIAL
629 WOODLAND SQ LOOP #102A
LACEY, WA 98503


NEW DIMENSIONS
8504 CANYON RD E
PUYALLUP, WA 98371


NORTH COUNTRY SWEEPING
5593 NATURES SHORE DRIVE
ROCK ISLAND, WA 98850


OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVENUE #2000
SEATTLE, WA 98104


OFFICE OF THE INSURANCE COMM
PO BOX 40255
OLYMPIA, WA 98504


ORDAL TRUSTEE SERVICES INC.
ATTN: ROBERT E ORDAL
1000 SECOND AVE #1750
SEATTLE, WA 98104


SENTENCING GUIDELINES COMM
4565 7TH AVE SE, 2ND FL
PO BOX 40927
OLYMPIA, WA 98504-0927


STEELE FINANCIAL GROUP
629 WOODLAND SQ LOOP #100
LACEY, WA 98503

```
THURSTON COUNTY TREASURER
2000 LAKERIDGE DR SW
OLYMPIA, WA 98502


WELLS FARGO BANK
D1100-090, 9TH FL
201 SOUTH COLLEGE ST
CHARLOTTE, NC 28244-1075
```