**HONORABLE BRIAN LYNCH**
**Chapter 11**
**HEARING DATE: JANUARY 11, 2018**
**HEARING TIME: 9:30 AM**
**COURTROOM: TACOMA, ROOM I**
**RESPONSE DEADLINE: JANUARY 4, 2018**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re<br><br>CDC Properties I, LLC,<br><br>               Debtors. | No. 11-41010-BDL<br><br>**NOTICE OF MOTION AND HEARING ON EQUITY FUNDING/CENTRUM FINANCIAL SERVICES' MOTION FOR LEAVE TO COMMENCE AN ACTION IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON OR ANOTHER COURT OF COMPETENT JURISDICTION** |

PLEASE TAKE NOTICE that creditor Equity Funding/Centrum Financial Services, Inc. ("Equity Funding"), will bring before the above Court its Motion for Leave to Commence an Action in the United States District Court of Washington or Another Court of Competent Jurisdiction (the "Motion").

The Motion is set for hearing as follows:

JUDGE:      Brian D. Lynch

PLACE:      Tacoma, Room I

TIME:        9:30 a.m.

DATE:       January 11, 2018

Consolidated No. 17-2-03914-4
**NOTICE OF HEARING** - 1

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WA 98121-1419
P: 206-622-0494 / F: 206-587-2476

Case 11-41010-BDL   Doc 215   Filed 12/19/17   Ent. 12/19/17 14:44:26   Pg. 1 of 5

Copies of the Motion may be obtained at the United States Bankruptcy Court Clerk's office or by contacting Rick Wathen, at the address listed below.

IF YOU OPPOSE THE MOTION, you must file your written response with the Clerk of the United States Bankruptcy Court at the U.S. Courthouse, located at 1717 Pacific Avenue, Suite 2100, Tacoma, Washington 98402, and deliver copies to Rick Wathen, at the address listed below NOT LATER THAN THE RESPONSE DATE, which is JANUARY 4, 2018. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETIO, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

Dated this 19th day of December, 2017.

        **COLE | WATHEN | LEID | HALL, P.C.**
        *s/Rick J Wathen*
        Rick J Wathen, WSBA #25539
        Attorneys for Centrum/Equity
        303 Battery Street
        Seattle, WA 98121
        P: 206-622-0494 / F: 206-587-2476
        rwathen@cwlhlaw.com

Consolidated No. 17-2-03914-4
**NOTICE OF HEARING** - 2

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WA 98121-1419
P: 206-622-0494 / F: 206-587-2476

Case 11-41010-BDL    Doc 215    Filed 12/19/17    Ent. 12/19/17 14:44:26    Pg. 2 of 5

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below via ECF Court Filing and electronic notification:

**CDC Properties I, LLC**
c/o Keven A. Bay
Brad A. Goergen
Mark D. Northrup
kbay@tousley.com
plewis@tousley.com
kstokes@tousley.com
efile@tousley.com
brad.goergen@millernash.com
mark.northrup@millernash.com
dona.purdy@millernash.com

John Rizzardi
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

**Eric Orse**
c/o Diana K. Carey
Karr Tuttle Campbell
701 Fifth Ave Ste 3300
Seattle, WA 98104
dcarey@karrtuttle.com

**United State Trustee**
Hillary Bramwell Mohr
USTPRegion18.SE.ECF@usdoj.gov
Hilary.b.mohr@usdoj.gov
Tara.Maurer@usdoj.gov
young-mi.petteys@usdoj.gov
martha.a.vandraanen@usdoj.gov

**Mariners Portfolio LLC**
**Olympia Office LLC**
**Seahawk Portfolio LLC**
**WA Portfolio LLC**
c/o Donald A. Bailey
donald.bailey@shaferbailey.com

Consolidated No. 17-2-03914-4
**NOTICE OF HEARING** - 3

**MLMT 2005-MCP1 Washington Office Properties LLC**
c/o Theodore A Cohen
Alan M. Feld
tcohen@sheppardmullin.com
amontoya@sheppardmullin.com
afeld@sheppardmullin.com

**Washington State Dept of General Administration**
c/o Brian Faller
brianf@atg.wa.gov beckym@atg.wa.gov

**Bingo Investments LLC**
c/o R. Bruce Johnston
bruce@rbrucejohnston.com

**Midland Loan Services, Inc.**
c/o Brian L Lewis
brian.lewis@klgates.com
bankruptcyecf@klgates.com

**Wells Fargo Bank**
c/o Brian L Lewis
brian.lewis@klgates.com
bankruptcyecf@klgates.com

**Hyun J Um and Jin S. Um**
c/o J. Todd Tracy
 todd@thetracylawgroup.com
ecf@thetracylawgroup.com

**Thomas W. and Patricia A. Price**
c/o J. Todd Tracy
 todd@thetracylawgroup.com
ecf@thetracylawgroup.com

**Debtor CDC Properties I LLC**
c/o Brad A Goergen
brad.goergen@millernash.com

**Henry W. Dean as Trustee for the Sharon Graham Bingham 2007 Trust**
c/o Emanuel Jacobowitz and Nathan J. Arnold
manny@jjalaw.com

Consolidated No. 17-2-03914-4
**NOTICE OF HEARING** - 4

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WA 98121-1419
P: 206-622-0494 / F: 206-587-2476

Case 11-41010-BDL    Doc 215    Filed 12/19/17    Ent. 12/19/17 14:44:26    Pg. 4 of 5

DATED at Seattle, Washington, this 19th day of December, 2017.

        *s/Sonia Chakalo*
        Sonia Chakalo, Legal Assistant

Consolidated No. 17-2-03914-4
**NOTICE OF HEARING** - 5

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WA 98121-1419
P: 206-622-0494 / F: 206-587-2476

Case 11-41010-BDL    Doc 215    Filed 12/19/17    Ent. 12/19/17 14:44:26    Pg. 5 of 5