Entered on Docket March 29, 2018

**Below is the Order of the Court.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In re: | NO. 11-41010-BDL |
|---|---|
| CDC PROPERTIES I, LLC,<br><br>Debtor. | ORDER DENYING SECURED CREDITOR MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC'S MOTION TO ENFORCE DEBTOR'S PLAN OF REORGANIZATION |

THIS MATTER came before the Court on Secured Creditor MLMT 2005-MCP1 Washington Office Properties, LLC's ("MLMT") Motion to Enforce Debtor's Plan of Reorganization (the "Motion"). The Court having granted MLMT relief from automatic stay in the Olympia Office LLC bankruptcies (Lead Case No. 17-44721-BDL; jointly administered; Dkt. #74). The Court having reviewed all documents submitted in support of and in opposition to said Motion, and having reviewed the records and files herein and considered oral arguments. Now, therefore, for the reasons set forth on the record at the hearing on the Motion, it is hereby

ORDER DENYING SECURED CREDITOR MLMT 2005-MCP1
WASHINGTON OFFICE PROPERTIES, LLC'S MOTION TO
ENFORCE DEBTOR'S PLAN OF REORGANIZATION - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6399934.1

1    ORDERED that MLMT's Motion to Enforce Debtor's Plan of Reorganization is
2 DENIED because MLMT must seek the relief it sought through the Motion by filing an
3 adversary proceeding, which the Court granted MLMT relief from the automatic stay to do by
4 order entered March 23, 2018. At the hearing on the Motion, the Court set an expedited
5 schedule for such adversary proceeding.

/ / /END OF ORDER / / /

ORDER DENYING SECURED CREDITOR MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC'S MOTION TO ENFORCE DEBTOR'S PLAN OF REORGANIZATION - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6399934.1

PRESENTED BY:

/s/Shawn B. Rediger, WSBA #26425
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
       dbrown@williamskastner.com

***Attorneys for Parties-In-Interest: Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC***

Approved as to form:

By: /s/ James B. Zack, WSBA #48122, *via Email Authority of 3/27/2018*
Charles R Ekberg, WSBA #00342
James B. Zack, WSBA #48122
Lane Powell PC
1420 5th Avenue, Suite 4100
Seattle, WA 98101
Telephone: 206-223-7000
Email: ekbergc@lanepowell.com
       zackj@lanepowell.com


By: /s/ Theodore A. Cohen *via Email Authorization of 3/26/2018*
Alan M Feld, CA Bar No. 155345, *Admitted Pro Hac Vice*
Theodore A. Cohen, CA Bar No. 151427, *Admitted Pro Hac Vice*
Sheppard Mullin Richter & Hampton LLP
333 S. Hope Street, 43rd Fl.
Los Angeles, CA 90071
Telephone: 213-620-1780
Email: afeld@sheppardmullin.com
       tcohen@sheppardmullin.com

***Attorneys for Secured Creditor MLMT 2005-MCP1 Washington Office Properties, LLC's***

ORDER DENYING SECURED CREDITOR MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC'S MOTION TO ENFORCE DEBTOR'S PLAN OF REORGANIZATION - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6399934.1